UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00518

———

**Kedrien Booker,**
*Plaintiffs,*

v.

**Donald Trump et al.,**
*Defendants.*

———

## O R D E R

Plaintiff, a Texas Department of Criminal Justice inmate proceeding pro se and in forma pauperis, filed this lawsuit alleging violations of his constitutional rights. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the complaint be dismissed with prejudice for failure to state a claim. Doc. 7 at 5. Plaintiff did not file objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no error, the court accepts the report's findings and recommendations. Plaintiff's case is dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on April 15, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -